IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| CHRISTOPHER M. CASTLEBURY, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 21-03174-CV-S-DPR-SSA |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is Plaintiff's Amended Motion for Attorney Fees and Costs. (Doc. 23.) Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, the parties agree Plaintiff should be awarded attorney fees in the amount of $8,000.00 along with the filing fee in the amount of $402.00. (Doc. 24.) Upon review, the Court finds that Plaintiff is entitled to an award of attorney fees under the EAJA, and the amount requested is reasonable. Per Plaintiff's Affidavit (doc. 22-1), the award may be made payable to Cathleen A. Shine.

It is therefore **ORDERED** that

1. The Amended Motion for Attorney Fees and Costs is **GRANTED**;

2. An award of attorney fees in the amount of $8,000.00 shall be paid by the Social Security Administration, subject to offset to satisfy any pre-existing debt Plaintiff may owe to the United States; and

3. Reimbursement in the amount of $402.00 for the filing fee of this action shall be paid from the Judgment Fund administered by the United States Treasury.

**IT IS SO ORDERED.**

/s/ *David P. Rush*
DAVID P. RUSH
UNITED STATES MAGISTRATE JUDGE

DATE: May 11, 2022